UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Michael Ross Pierson and Heidi Yvette Pierson
Chapter 7 Case No.   09-33231

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Pine Eye Associates, PA, 110 Evergreen Square Pine City, MN  55063-2000 | 3 | 155.90 | 1.91 |
| Fairview Clinic Business Office, 400 Stinson Blvd Minneapolis, MN  55413 | 4 | 197.42 | 2.41 |
| Qwest Corp 1801 California St, Room 900 Denver, CO  80202-2658 | 7 | 102.70 | 1.26 |
| St. Paul Radiology, 166 4th St E St. Paul, MN  55101 | 8 | 81.82 | 1.00 |
| Springer Collections, 876 37th St, St. Paul, MN  55106 | 9 | 69.82 | 0.85 |
| Total | | | $7.43 |

Date:  November 16, 2010

_____
Trustee